IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20012
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERTO RIOJAS, JR.; DAVID CANTU; PEDRO MORENO; RAMIRO RIOJAS;
LUIS MORENO; LAZARO MORENO; IRELA YVETTE RIOJAS GONZALEZ;
MELBA RIOJAS MORENO; ROSANNA RIOJAS GUERRERO; JOSE LUIS CANTU;
EDUARDO MORENO; RENE GONZALEZ; CESAR MORENO, SR.; RENATO RIOJAS;
a/k/a Renato Riojas-Sandoval,

Defendants-Appellants.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-142
- - - - - - - - - -
July 11, 1997
Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Pedro Moreno and Melba Riojas Moreno appeal from the

district court's order revoking the magistrate judge's order of

release pending trial. The district court's decision rests on

its conclusion that both Pedro Moreno and Melba Riojas Moreno

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

present a danger to the community and no conditions will reasonably assure safety, and that they present a risk of flight and no conditions will reasonably assure their appearance as required.  See 18 U.S.C. § 3142(e)-(g).  The district court's conclusions as to Pedro Moreno are supported by the record.  See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992).  The district court's conclusion that no conditions will reasonably assure Melba Riojas Moreno's appearance is supported by the record.  The district court's detention order as to Pedro Moreno and Melba Riojas Moreno is AFFIRMED.